# Vehicle Valuation Report



Prepared For **Progressive Group of Insurance Companies**   (800) 321-9843

## Claim Information

| Claim Number | Policy Number | Loss Type | Owner |
|---|---|---|---|
| 17-1021355-01 | | COMPREHENSIVE | SHONACIE GRADY |

| Loss Date | Reported Date | Valuation Report Date | Valuation Report ID | Version Number |
|---|---|---|---|---|
| 04/28/2017 | 04/28/2017 | 05/01/2017 | 1006750740 | 1 |

## Vehicle Information

| Year | Make | Model | Location | Mileage |
|---|---|---|---|---|
| 2016 | Ford | Focus SE 4 Door Sedan 2.0L 4 Cyl Flexible A FWD | MN 55405 | 19,710 miles |

| Ext Color | License | VIN | Title History |
|---|---|---|---|
| | 885UJB, Minnesota | 1FADP3F29GL227208 | No |

## Valuation Summary

**Loss Vehicle Adjustments**
Adjustments specific to your vehicle

| | |
|---:|---:|
| Base Value = | $12,775.30 |
| Condition - | $20.95 |
| Prior Damage + | $0.00 |
| Aftermarket Parts + | $0.00 |
| Refurbishment + | $0.00 |
| Title History - | $0.00 |
| **Market Value =** | **$12,754.35** |

**Settlement Adjustments**
Adjustments specific to your policy

| | |
|---:|---:|
| Deductible - | $500.00 |
| **Settlement Value =** | **$12,254.35** |

### Settlement Value:
### $12,254.35

J.D. POWER

Mitchell WorkCenter™ Total Loss
© 2017 Mitchell International, Inc. All Rights Reserved.

# Loss Vehicle Detail

Loss vehicle: 2016 Ford Focus | SE 4 Door Sedan | 2.0L 4 Cyl Flexible A FWD

## Standard Equipment

### Exterior

| | |
|---|---|
| Black grille w/chrome accents | Black Side Windows Trim and Black Front Windshield Trim |
| Body-colored door handles | Body-colored front bumper |
| Body-Colored Power Side Mirrors w/Convex Spotter, Manual Folding and Turn Signal Indicator | Body-Colored Rear Bumper |
| Clearcoat paint | Compact Spare Tire Mounted Inside Under Cargo |
| Fixed Rear Window w/Defroster | Fully Automatic Aero-Composite Halogen Headlamps w/Delay-Off |
| Fully Galvanized Steel Panels | Light tinted glass |
| Perimeter/Approach Lights | Steel spare wheel |
| Tires: P215/55R16 | Trunk Rear Cargo Access |
| Variable intermittent wipers | Wheels: 16" Painted Aluminum Alloy |

### Interior

| | |
|---|---|
| 1 LCD Monitor In The Front | 2 12V DC Power Outlets |
| 2 Seatback Storage Pockets | 4-Way Passenger Seat |
| 5 Person Seating Capacity | 6-Way Driver Seat |
| 60-40 Folding Bench Front Facing Fold Forward Seatback Cloth Rear Seat | Air filtration |
| Analog Display | Cargo Area Concealed Storage |
| Cargo Space Lights | Carpet Floor Trim |
| Cloth door trim insert | Cloth Front Bucket Seats -inc: 6-way manual driver (up/down, fore/aft, recline), 4-way manual passenger (fore/aft, recline) and removable adjustable headrests (2-way) |
| Compass | Cruise control w/steering wheel controls |
| Day-night rearview mirror | Delayed Accessory Power |
| Driver And Passenger Visor Vanity Mirrors w/Driver And Passenger Illumination | Driver foot rest |
| Fade-to-off interior lighting | FOB Controls -inc: Trunk/Hatch/Tailgate |
| Front center armrest | Front Cupholder |
| Front map lights | Full Carpet Floor Covering -inc: Carpet Front And Rear Floor Mats |
| Full cloth headliner | Full Floor Console w/Covered Storage, Mini Overhead Console w/Storage and 2 12V DC Power Outlets |
| Glove box | HVAC -inc: Underseat Ducts |
| Instrument Panel Bin, Driver / Passenger And Rear Door Bins | Integrated Roof Antenna |
| Interior Trim -inc: Chrome Interior Accents | Manual air conditioning |
| Manual tilt/telescoping steering column | Manual w/Tilt Front Head Restraints and Manual Adjustable Rear Head Restraints |
| Outside temp gauge | Power 1st Row Windows w/Driver 1-Touch Down |
| Power Door Locks w/Autolock Feature | Power Rear Windows |



| | |
|---|---|
| Radio w/Seek-Scan, Clock and Radio Data System | Radio: AM/FM Single-CD/MP3-Capable -inc: 6 speakers and speed-sensitive volume control |
| Rear cupholder | Remote Keyless Entry w/Integrated Key Transmitter, Illuminated Entry and Panic Button |
| Seats w/Cloth Back Material | SYNC Communications & Entertainment System -inc: enhanced voice recognition, 911 Assist, 4.2" LCD Display in Center Stack, AppLink, and 1 smart charging USB port, Bluetooth, steering wheel controls, and auxiliary input jack |
| Systems Monitor | Trip computer |
| Urethane Gear Shift Knob | Wireless Streaming |

## Mechanical

| | |
|---|---|
| 12.4 Gal. Fuel Tank | 3.82 axle ratio |
| 3990# Gvwr 827# Maximum Payload | 590CCA Maintenance-Free Battery w/Run Down Protection |
| Brake Actuated Limited Slip Differential | Electric Power-Assist Steering |
| Front And Rear Anti-Roll Bars | Front Disc/Rear Drum Brakes w/4-Wheel ABS, Front Vented Discs and Brake Assist |
| Front-wheel drive | Gas-pressurized shock absorbers |
| Short And Long Arm Rear Suspension w/Coil Springs | Single stainless steel exhaust |
| Strut Front Suspension w/Coil Springs | |

## Safety

| | |
|---|---|
| 911 Assist Emergency S.O.S | ABS And Driveline Traction Control |
| Airbag Occupancy Sensor | Back-up camera |
| Curtain 1st And 2nd Row Airbags | Driver knee airbag |
| Dual Stage Driver And Passenger Front Airbags | Dual Stage Driver And Passenger Seat-Mounted Side Airbags |
| Electronic stability control (ESC) | Low Tire Pressure Warning |
| Mykey System -inc: Top Speed Limiter, Audio Volume Limiter, Early Low Fuel Warning, Programmable Sound Chimes and Beltminder w/Audio Mute | Outboard Front Lap And Shoulder Safety Belts -inc: Rear Center 3 Point, Height Adjusters and Pretensioners |
| Rear child safety locks | Rear parking sensors |
| Side impact beams | |

# Loss Vehicle Base Value

Loss vehicle:  2016 Ford Focus |  SE 4 Door Sedan | 2.0L 4 Cyl Flexible A FWD

## Comparable Vehicle Information

Search Radius used for this valuation: 75 miles from loss vehicle zip/postal code.

Typical Mileage for this vehicle: 15,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2016 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 15,749 | 55442 | 8 miles | $12,988.00 Sold Price | $12,379.32 |
| 2 | 2016 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 18,495 | 55306 | 16 miles | $12,571.00 Sold Price | $12,505.32 |
| 3 | 2016 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 20,410 | 55110 | 17 miles | $12,598.00 Sold Price | $12,568.22 |
| 4 | 2016 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 33,423 | 55429 | 7 miles | $12,985.00 List Price | $13,338.00 |
| 5 | 2016 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 36,147 | 55442 | 8 miles | $13,488.00 List Price | $13,139.12 |
| 6 | 2016 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 36,377 | 55025 | 25 miles | $11,999.00 List Price | $11,608.66 |
| 7 | 2016 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 36,843 | 55330 | 29 miles | $13,495.00 List Price | $13,160.47 |
| 8 | 2016 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 10,957 | 55992 | 55 miles | $14,282.00 List Price | $12,818.06 |
| 9 | 2016 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 31,385 | 54751 | 67 miles | $13,700.00 List Price | $12,984.34 |
| 10 | 2016 FORD FOCUS SE 4D SDN 4 2NORMAL FLEXIBLE A 2WD | 12,327 | 56021 | 71 miles | $14,795.00 List Price | $13,251.52 |

**Base Value:** **$12,775.30**

## Loss Vehicle Adjustments

Loss vehicle:   2016 Ford Focus | SE 4 Door Sedan | 2.0L 4 Cyl Flexible A FWD

## Condition Adjustments

| Condition Adjustment: | -$20.95 | Overall Condition: | 2.92-Good | Typical Vehicle Condition: | 3.00 |

| Category | Condition | Comments |
|---|---|---|
| **Interior** | | |
| DOORS/INTERIOR PANELS | 3 Good | |
| DASH/CONSOLE | 3 Good | |
| GLASS | 3 Good | |
| HEADLINER | 3 Good | |
| CARPET | 3 Good | |
| SEATS | 3 Good | |
| **Exterior** | | |
| TRIM | 2 Fair | rear bumper upd |
| VINYL/CONVERTIBLE TOP | Typical | |
| PAINT | 3 Good | |
| BODY | 3 Good | |
| **Mechanical** | | |
| ENGINE | 3 Good | |
| TRANSMISSION | 3 Good | |
| Tire | 2 Fair | 3,5,5,4 |

Typical condition reflects a vehicle that is in ready-for-sale condition and reflects normal wear and tear for that vehicle type / age.

Comments:

## Title History Adjustment

| Description | Adjustment Amount |
|---|---|
| The title history deduction is an average deduction that represents a variety of title history types such as flood, hail, collision, etc. and is not specific to a particular title type. In addition, the degree of the damage that resulted in a title history is assumed to be typical. | $0.00 |

# Comparable Vehicles

Loss vehicle:   2016 Ford Focus | SE 4 Door Sedan | 2.0L 4 Cyl Flexible A FWD

## 1  2016 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD — Sold Price: $12,988.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F21GLXXXXXX | | 03/09/2017 | 55442 | 8 miles |

Source: FRANCHISE SALE - J.D. POWER AND ASSOCIATES

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Mileage | 19,710 | 15,749 | -$221.22 |
| **Equipment** | | | |
| SE POWER SEAT PACKAGE | No | Yes | -$195.38 |
| SIRIUSXM RADIO | No | Yes | -$129.15 |
| KEYLESS-ENTRY KEYPAD | No | Yes | -$62.93 |
| | | Total Adjustments: | -$608.68 |
| | | **Adjusted Price:** | **$12,379.32** |

Comparable Vehicle Package Details:
SE POWER SEAT PACKAGE

Comparable Vehicle Option Details:
SIRIUSXM RADIO, KEYLESS-ENTRY KEYPAD

## 2  2016 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD — Sold Price: $12,571.00

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F22GLXXXXXX | | 04/11/2017 | 55306 | 16 miles |

Source: FRANCHISE SALE - J.D. POWER AND ASSOCIATES

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Mileage | 19,710 | 18,495 | -$65.68 |
| | | Total Adjustments: | -$65.68 |
| | | **Adjusted Price:** | **$12,505.32** |

### 3    2016 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**Sold Price: $12,598.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F23GLXXXXXX | | 03/30/2017 | 55110 | 17 miles |

**Source**
FRANCHISE SALE - J.D. POWER AND ASSOCIATES

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Mileage | 19,710 | 20,410 | $31.26 |
| Equipment | | | |
|    KEYLESS-ENTRY KEYPAD | No | Yes | -$61.04 |
| | | Total Adjustments: | -$29.78 |
| | | **Adjusted Price:** | **$12,568.22** |

**Comparable Vehicle Option Details:**
KEYLESS-ENTRY KEYPAD

---

### 4    2016 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $12,985.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F25GL222474 | P3475 | 03/31/2017 | 55429 | 7 miles |

**Source**
DEALER WEB LISTING - TRUECAR.COM
LUTHER BROOKDALE MAZDA MITSUBISHI
7235 BROOKLYN BLVD
BROOKLYN CENTER MN 55429
763-566-5600

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | $0.00 |
| Mileage | 19,710 | 33,423 | $415.91 |
| Equipment | | | |
|    KEYLESS-ENTRY KEYPAD | No | Yes | -$62.91 |
| | | Total Adjustments: | $353.00 |
| | | **Adjusted Price:** | **$13,338.00** |

**Comparable Vehicle Option Details:**
KEYLESS-ENTRY KEYPAD

| 5 | 2016 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD | | | **List Price:** | **$13,488.00** |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F21GL205641 | 3M053 | 04/26/2017 | 55442 | 8 miles |

**Source**

DEALER WEB LISTING - CARS.COM
SUPERIOR FORD
9700 56TH AVE N
PLYMOUTH MN 55442
888-466-0618

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$814.00 |
| Mileage | 19,710 | 36,147 | $465.12 |
| | | Total Adjustments: | -$348.88 |
| | | **Adjusted Price:** | **$13,139.12** |

| 6 | 2016 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD | | | **List Price:** | **$11,999.00** |

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F23GL264626 | 2540 | 04/17/2017 | 55025 | 25 miles |

**Source**

DEALER WEB LISTING - VAST.COM
DRUK AUTO SALES
334 19TH STREET SW
FOREST LAKE MN 55025
612-326-3232

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$753.00 |
| Mileage | 19,710 | 36,377 | $417.15 |
| Equipment | | | |
| KEYLESS-ENTRY KEYPAD | No | Yes | -$54.49 |
| | | Total Adjustments: | -$390.34 |
| | | **Adjusted Price:** | **$11,608.66** |

Comparable Vehicle Option Details:

KEYLESS-ENTRY KEYPAD

### 7 — 2016 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $13,495.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F24GL205925 | B2630 | 04/24/2017 | 55330 | 29 miles |

**Source**

DEALER WEB LISTING - VAST.COM
CORNERSTONE AUTO RESOURCE OF ELK RIVER
17219 HIGHWAY 10 NORTHWEST
ELK RIVER MN 55330
763-441-2300

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$815.00 |
| Mileage | 19,710 | 36,843 | $480.47 |
| | | Total Adjustments: | -$334.53 |
| | | **Adjusted Price:** | **$13,160.47** |

---

### 8 — 2016 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $14,282.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F2XGL268026 | | 04/17/2017 | 55992 | 55 miles |

**Source**

DEALER WEB LISTING - VAST.COM
ZUMBROTA FORD
1600 MAINS STREET
ZUMBROTA MN 55992
800-761-6086

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$896.00 |
| Mileage | 19,710 | 10,957 | -$503.08 |
| Equipment | | | |
|    KEYLESS-ENTRY KEYPAD | No | Yes | -$64.86 |
| | | Total Adjustments: | -$1,463.94 |
| | | **Adjusted Price:** | **$12,818.06** |

**Comparable Vehicle Option Details:**
KEYLESS-ENTRY KEYPAD

### 9 — 2016 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $13,700.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F27GL321104 | 1002P | 04/26/2017 | 54751 | 67 miles |

**Source**
DEALER WEB LISTING - CARS.COM
NORTHTOWN FORD INC
415 CEDAR AVE W
MENOMONIE WI 54751
715-232-6353

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$827.00 |
| Mileage | 19,710 | 31,385 | $367.36 |
| Equipment | | | |
|     SE POWER SEAT PACKAGE | No | Yes | -$193.65 |
|     KEYLESS-ENTRY KEYPAD | No | Yes | -$62.37 |
| | | Total Adjustments: | -$715.66 |
| | | **Adjusted Price:** | **$12,984.34** |

**Comparable Vehicle Package Details:**
SE POWER SEAT PACKAGE

**Comparable Vehicle Option Details:**
KEYLESS-ENTRY KEYPAD

---

### 10 — 2016 FORD FOCUS SE 4D SDN 4 2 NORMAL FLEXIBLE A2WD

**List Price: $14,795.00**

| VIN | Stock No | Listing Date | ZIP/Postal Code | Distance from Loss Vehicle |
|---|---|---|---|---|
| 1FADP3F26GL293702 | 17041 | 02/24/2017 | 56021 | 71 miles |

**Source**
DEALER WEB LISTING - TRUECAR.COM
S & S MOTORS (MN)
133 ZIESKE ROAD
COURTLAND MN 56021
507-354-8634

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$893.00 |
| Mileage | 19,710 | 12,327 | -$441.35 |
| Equipment | | | |
|     SE POWER SEAT PACKAGE | No | Yes | -$209.13 |
| | | Total Adjustments: | -$1,543.48 |
| | | **Adjusted Price:** | **$13,251.52** |

**Comparable Vehicle Package Details:**
SE POWER SEAT PACKAGE

---

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2016 Ford Focus SE | 4 Door Sedan 2.0L 4 Cyl Flexible  FWD | $19,610.00 |

## Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was built through a joint partnership between J.D. Power and Associates vehicle valuation division Power Information Network (P.I.N.) and Mitchell International, a leading provider of claims processing solutions to private passenger insurers.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

**Step 1 - Locate Comparable Vehicles**

Locate vehicles similar to the loss vehicle in the same market area. WorkCenter Total Loss finds these vehicles in AutoTrader.com, Cars.com, Vast.com and directly from dealerships.

**Step 2 - Adjust Comparable Vehicles**

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).

- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.

- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

**Step 3 - Calculate Base Vehicle Value**

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

**Step 4 - Calculate Loss Vehicle Adjustments**

There are four types of loss vehicle adjustments:

- Condition Adjustment:

  Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

  Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

  Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

  Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

**Step 5 - Calculate the Market Value**

The Market Value is calculated by applying the loss vehicle adjustments to the base value.