UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SHONACIE GRADY, individually and on behalf of all others similarly situated, | Case No. 22-CV-866 (NEB/DLM) |
| Plaintiff, | |
| v. | ORDER ON MOTION TO STAY CASE AND ABATE CLASS CERTIFICATION PROCEEDINGS |
| PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio corporation, | |
| Defendant. | |

This matter is before the Court on Plaintiff Shonacie Grady's motion to stay and abate class certification proceedings. (ECF No. 108.) Defendant Progressive Direct Insurance Company does not oppose the motion. Instead, it seeks dismissal of the entire action for lack of subject-matter jurisdiction. (ECF No. 114.) The Court grants Grady's unopposed motion and administratively closes the case pending completion of arbitration. Given the administrative closure, the Court need not resolve the subject-matter jurisdiction issue raised by Progressive Direct.

Based on the foregoing and on all the files, records, and proceedings herein, Plaintiff's Motion to Stay Case and Abate Class Certification Proceedings (ECF No. 108) is GRANTED as follows:

1. The case is STAYED pending completion of arbitration under Minn. Stat. § 65B.525;

2. The pretrial scheduling order (ECF No. 60) is VACATED; and

3. The Clerk of Court shall ADMINISTRATIVELY CLOSE this action pending completion of arbitration.

Dated: March 6, 2024                    BY THE COURT:

                                                                                 s/Nancy E. Brasel
                                                                                 Nancy E. Brasel
                                                                                 United States District Judge