# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SHONACIE GRADY, individually and on behalf of all others similarly situated, | Case No. 22-CV-866 (NEB/DLM) |
| Plaintiff, | ORDER FOR DISMISSAL |
| v. | |
| PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio corporation, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on March 26, 2024 (ECF No. 125), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and each party shall bear their own fees and costs.

Dated: March 26, 2024

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge